**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH A. HOFER**           ) | |
|         PLAINTIFF,           ) | **CIVIL ACTION NO.:** |
|                              ) | **4:11-cv-1140** |
| **VS.**                      ) | |
|                              ) | |
| **CREDIT SMART, LLC**        ) | |
|         DEFENDANT.           ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

It is hereby stipulated by and between plaintiff, Joseph Hofer, and defendant, Credit Smart, LLC that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff.  The parties shall bear their own court costs.

Respectfully submitted,

**HEALEY LAW, LLC**

/s/ Robert T. Healey
Robert T. Healey
EDMO #34138MO
Attorney at Law
640 Cepi, Suite A
St. Louis, MO 63005
rhealey1960@gmail.com
telephone: (636) 536-5175
fax:  (636) 590-2882